IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| TEXTRON FINANCIAL CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 4-10-CV-1150-JMM |
| | ) | |
| AIRSTREAM OF ARKANSAS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 08 2010

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## AGREED ORDER OF DISMISSAL

Plaintiff Textron Financial Corporation and Defendant Airstream of Arkansas, Inc. stipulate to a dismissal without prejudice of all claims by Textron Financial Corporation against Airstream of Arkansas, Inc.

Accordingly, IT IS HEREBY ORDERED that:

1. All claims asserted by Textron Financial Corporation against Airstream of Arkansas, Inc. in the above-captioned case are hereby dismissed without prejudice;

2. Each party will bear its own attorneys' fees and litigation costs.

SO ORDERED THIS ___8___ day of ___Nov_____, 2010.

_____
United States District Judge

Approved for entry:

/s/ James Paul Beachboard
James Paul Beachboard
jbeachboard@ddh-ar.com
Dover Dixon Horne PLLC
425 West Capitol, Suite 3700
Little Rock, AR 72201
Phone: (501) 375-9151
Fax: (501) 375-6484

*Attorneys for Plaintiff Textron Financial Corporation*

Paul Petty
pettylawfirm@hotmail.com
Petty Law Firm
411 West Arch Avenue
Searcy, AR 72143
(501) 268-7161

*Attorney for Defendant Airstream of Arkansas, Inc.*